UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **OMAR SHEHADA,** § <br> § <br> *Petitioner,* § <br> § <br> **v.** § <br> § <br> **WARDEN, EL PASO CAMP EAST** § <br> **MONTANA, MARY DE ANDA-** § <br> **YBARRA, EL PASO FIELD OFFICE** § <br> **DIRECTOR (ICE/ERO), and PAMELA** § <br> **BONDI, ATTORNEY GENERAL, U.S.** § <br> **DEPARTMENT OF HOMELAND** § <br> **SECURITY,** § <br> § <br> *Respondents.* § | No. 3:26-CV-00391-LS |

## **FINAL JUDGMENT**

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**